Rec. # 3140

Date: 12/23/10

Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 124 Dated 12/23/10
Case Number 09-32630 - WEISS, GORDON L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>  FINAL DISTRIBUTION<br>  8444 | 000010 | 209.96 | 2.49 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>  FINAL DISTRIBUTION<br>  1006 | 000021 | 131.33 | 1.56 |
| ---------- Remittance Total ---------- | | 341.29 | 4.05 |

*[signature]*
John A. Hedback, Trustee

COURT1

Printed: 12/23/10 10:42 AM   Ver: 16.01a