# DIVIDENDS REMITTED TO THE COURT
Check Number 133 Dated 01/07/11
Case Number 09-32630 - WEISS, GORDON L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR TARGET<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br>FINAL DISTRIBUTION<br>2155 | 000002 | 2,319.11 | 1.88 |
| FAIRVIEW HEALTH SERVICES<br>400 STINSON BLVD<br>MINNEAPOLIS MN 55413<br>FINAL DISTRIBUTION<br>2948 | 000004 | 1,713.43 | 1.39 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>FINAL DISTRIBUTION<br>6550 | 000006 | 6,155.16 | 4.99 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>FINAL DISTRIBUTION<br>7547 | 000007 | 686.46 | 0.56 |
| KWIK TRIP<br>1626 OAK ST<br>PO BOX 1597<br>LA CROSSE WI 54602<br>FINAL DISTRIBUTION<br>220818 | 000009 | 1,069.44 | 0.86 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>FINAL DISTRIBUTION<br>8444 | 000010 | 209.96 | 0.16 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>FINAL DISTRIBUTION<br>2552 | 000012 | 975.03 | 0.80 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>FINAL DISTRIBUTION<br>1006 | 000014 | 2,001.35 | 1.62 |

## DIVIDENDS REMITTED TO THE COURT
Check Number 133 Dated 01/07/11
Case Number 09-32630 - WEISS, GORDON L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| US BANK NA<br>SERVICER FOR LEXUS FINANCIAL SVC<br>PO BOX 5229<br>CINCINNATI OH 45201-5229<br>   FINAL DISTRIBUTION<br>   1645 | 000015 | 4,788.19 | 3.89 |
| CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND OH 44181<br>   FINAL DISTRIBUTION<br>   4106 | 000016 | 856.76 | 0.69 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>   FINAL DISTRIBUTION<br>   5739 | 000017 | 1,559.54 | 1.27 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   FINAL DISTRIBUTION<br>   1006 | 000021 | 131.33 | 0.10 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   FINAL DISTRIBUTION<br>   7256 | 000022 | 526.28 | 0.42 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba QCARD<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   FINAL DISTRIBUTION<br>   8825 | 000023 | 1,291.58 | 1.06 |

---------- Remittance Total ---------------                                          24,283.62              19.69

*(signature)*

John A. Hedback, Trustee